UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| KEVIN W. ROUSE, et al., on behalf of themselves and all others similarly situated,   ) ) ) | |
| Plaintiffs,   ) ) | |
| vs.   ) ) | No. 12-CV-00326 (DWF/SER) |
| HENNEPIN COUNTY,   ) ) | |
| Defendant.   ) | |

**MOTION OF THE UNITED STATES
FOR LEAVE TO INTERVENE**

The United States of America moves for leave to intervene in this case to defend the constitutionality of the statutory damages provision of the Fair Credit Reporting Act, 15 U.S.C. § 1681n(a)(1)(A), as it applies to alleged willful violations of the Fair and Accurate Credit Transactions Act of 2003, 15 U.S.C. § 1681c(g). That provision is challenged in the Answer filed by defendant herein on April 10, 2012 (Doc. 6). The United States moves to intervene as of right pursuant to Federal Rules of Civil Procedure 5.1(c) and 24(a)(1) and 28 U.S.C. § 2403(a).

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General
Civil Division
U.S. Department of Justice

MAAME EWUSI-MENSAH FRIMPONG
Acting Deputy Assistant Attorney General

MICHAEL S. BLUME
Director

          s/ Gerald C. Kell
          GERALD C. KELL
          Senior Trial Counsel
          Consumer Protection Branch
          U.S. Department of Justice
          P.O. Box 386
          Washington, DC  20044-0386
          Telephone:  (202) 514-1586
          Facsimile:  (202) 514-8742
          E-mail:  gerald.kell@usdoj.gov