# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: 12-CV-00326 (DWF/SER)

| | |
|---|---|
| Kevin W. Rouse, Emily M. Rouse and Brian L. Ranwick, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br>v.<br><br>Hennepin County,<br><br>　　　　Defendant,<br><br>United States of America,<br><br>　　　　Intervener,<br><br>Hennepin County,<br><br>　　　　Third-Party Plaintiff,<br>v.<br><br>Quadrant Systems, LLC,<br><br>　　　　Third-Party Defendant. | **UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

　　The above-named parties, by and through their attorneys of record, pursuant to Federal Rule of Civil Procedure 23, respectfully move this Court for an Order granting preliminary approval of a class action settlement of all claims, and entry of a final judgment, in accordance with the terms that will be set forth more fully in the Class Action Settlement and Release Agreement.

                                      Respectfully Submitted,

Dated this 13th day of December, 2013.   By:   s/Thomas J. Lyons
                                      **LYONS LAW FIRM, P.A.**
                                      Thomas J. Lyons, Sr., Esq.
                                      Attorney I.D. #65699
                                      367 Commerce Court
                                      Vadnais Heights, MN 55127
                                      Telephone: (651) 770-9707
                                      Facsimile: (651) 770-5830
                                      tlyons@lyonslawfirm.com

                                      **CONSUMER JUSTICE CENTER, P.A.**
                                      Thomas J. Lyons, Jr., Esq.
                                      Attorney I.D. #249646
                                      367 Commerce Court
                                      Vadnais Heights, MN  55127
                                      Telephone:  (651) 770-9707
                                      Facsimile:  (651) 704-0907
                                      tommycjc@aol.com

                                      **ATTORNEYS FOR PLAINTIFFS**