UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 12-CV-00326 (DWF/SER)

| | |
|---|---|
| Kevin W. Rouse, Emily M. Rouse and Brian L. Ranwick, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br>v.<br><br>Hennepin County,<br><br>   Defendant,<br><br>United States of America,<br><br>   Intervener,<br><br>Hennepin County,<br><br>   Third-Party Plaintiff,<br>v.<br><br>Quadrant Systems, LLC,<br><br>   Third-Party Defendant. | **UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

The above-named parties, by and through their attorneys of record, pursuant to Federal Rule of Civil Procedure 23, respectfully move this Court for an Order granting final approval of a class action settlement of all claims, and entry of a final judgment, and Plaintiffs' class representative award in the amount of $3,500 each, in accordance with the terms set forth in the Class Action Settlement and Release Agreement [*ECF No. 72*].

1

2

                                                        Respectfully Submitted,

Dated this 28th day of February, 2014.     By:    s/Thomas J. Lyons, Jr.
                                                        **CONSUMER JUSTICE CENTER, P.A.**
                                                        Thomas J. Lyons, Jr., Esq.
                                                        Attorney I.D. #249646
                                                        367 Commerce Court
                                                        Vadnais Heights, MN 55127
                                                        Telephone: (651) 770-9707
                                                        Facsimile: (651) 704-0907
                                                        tommycjc@aol.com

                                                        **LYONS LAW FIRM, P.A.**
                                                        Thomas J. Lyons, Sr., Esq.
                                                       Attorney I.D. #65699
                                                       367 Commerce Court
                                                        Vadnais Heights, MN 55127
                                                        Telephone: (651) 770-9707
                                                        Facsimile: (651) 770-5830
                                                        tlyons@lyonslawfirm.com

                                                        **ATTORNEYS FOR PLAINTIFFS AND THE CLASS**