UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kevin W. Rouse, Emily M. Rouse and                     Civil No. 12-326 (DWF/SER)
Brian L. Ranwick, on behalf of themselves
and all others similarly situated,

           Plaintiffs,

v.                                                                                                 **ORDER**

Hennepin County,

           Defendant,

United States of America,

           Intervenor,

Hennepin County,

           Third-Party Plaintiff,

v.

Quadrant Systems, LLC,

           Third-Party Defendant.

A motion hearing was held in the above-referenced matter on March 12, 2014 on Defendant and Third-Party Plaintiff Hennepin County's motion for default judgment against Third-Party Defendant Quadrant Systems, LLC.  (Doc. No. [89].)

Thomas Lyons, Jr., Consumer Justice Center, P.A., appeared on behalf of the Plaintiffs.  Rebecca Stark Holschuh, Assistant Hennepin County Attorney, appeared on behalf of Hennepin County.

Based on the proceedings and files herein, the Court finds:

1. Quadrant Systems, LLC waived service of a summons and complaint in this matter pursuant to Fed. R. Civ. P. 4(d);

2. Quadrant Systems, LLC failed to timely answer the complaint, and has not made any appearance in this action since its commencement;

3. Hennepin County is entitled to a judgment that Quadrant Systems, LLC is liable with respect to the claims alleged in the Third-Party Complaint;

4. The Third-Party Complaint seeks to impose liability against Quadrant Systems, LLC to the extent of Hennepin County's liability, along with costs and attorney's fees;

5. The extent of Hennepin County's liability in this action has not yet been finally determined.  Hennepin County's liability will not be ascertainable until (1) the conclusion of the Voucher Redemption Period in the class action settlement negotiated between Plaintiffs and Hennepin County, when the number of redeemed vouchers in known, and (2) the fee petition brought by Plaintiffs' counsel is decided by this Court;

6. Accordingly, Hennepin County is awarded Judgment as to liability against Quadrant Systems, LLC.

7. Hennepin County may file an affidavit in support of a monetary judgment against Quadrant Systems, LLC for the Court's consideration no later than sixty (60) days following the date that the sum of Hennepin County's financial liability in this matter is finally determined.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 14, 2014              s/Donovan W. Frank
                                    DONOVAN W. FRANK
                                    United States District Judge