# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# COURT FILE NO.: 12-CV-00326 (DWF/SER)

| | |
|---|---|
| Kevin W. Rouse, Emily M. Rouse and Brian L. Ranwick, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br>v.<br><br>Hennepin County,<br><br>      Defendant,<br><br>United States of America,<br><br>      Intervener,<br><br>Hennepin County,<br><br>      Third-Party Plaintiff,<br>v.<br><br>Quadrant Systems, LLC,<br><br>      Third-Party Defendant. | **PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES** |

      Plaintiffs hereby move the Court for an award for attorneys' fees and expenses in connection with the above-entitled class action.  Plaintiffs' Memorandum, Declaration and evidence in support of Plaintiffs' Motion shall be filed contemporaneously herewith.

Dated this 1st day of December, 2015.    Respectfully Submitted,

                                        By:    s/Thomas J. Lyons, Jr.
                                        **CONSUMER JUSTICE CENTER, P.A.**
                                        Thomas J. Lyons, Jr., Esq.
                                        Attorney I.D. #249646

1

367 Commerce Court
Vadnais Heights, MN  55127
Telephone:  (651) 770-9707
Facsimile:  (651) 704-0907
tommycjc@aol.com

**LYONS LAW FIRM, P.A.**
Thomas J. Lyons, Sr., Esq.
Attorney I.D. #65699
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707
Facsimile: (651) 770-5830
tlyons@lyonslawfirm.com

**ATTORNEYS FOR PLAINTIFFS
AND THE CLASS**