UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kevin W. Rouse, Emily M. Rouse and Brian L. Ranwick, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>Hennepin County,<br><br>        Defendant and Third-Party Plaintiff,<br><br>v.<br><br>Quadrant Systems, LLC,<br><br>        Third-Party Defendant. | Civil No. 12-326 (DWF/SER)<br><br><br>**ORDER** |

This matter came before the Court through the filing of an Affidavit by Defendant and Third-Party Plaintiff Hennepin County in support of a monetary judgment against Third-Party Defendant Quadrant Systems, LLC. (Doc. No. 123.) No appearances were made by any party.

Based on the proceedings and files herein, the Court finds:

1.    On March 12, 2014, the Court issued an Order awarding Judgment as to liability against Third-Party Defendant Quadrant Systems, LLC (Doc. No. 97). A judgment was entered that same date (Doc. No. 98).

2. At the time that Order was entered, Hennepin County's liability in this proceeding had not been finally determined, because the Voucher Redemption Period in the class action settlement had not concluded, and because class counsel's fee petition had not yet been brought and decided.

3. The March 12, 2014 Order provided that Hennepin County could file an affidavit in support of a monetary judgment against Quadrant Systems, LLC within sixty days of the date that Hennepin County's financial liability was finally determined.

4. Following the conclusion of the Voucher Redemption Period, class counsel petitioned for fees and costs. On June 9, 2016, the Court issued an Order awarding attorney fees and costs to class counsel (Doc. No. 122).

5. Pursuant to the March 12, 2014 Order for Judgment, on August 8, 2016 Hennepin County filed an Affidavit requesting a monetary judgment in the amount of $58,747.26 against Quadrant Systems, LLC.

6. This judgment amount is supported by the out-of-pocket expenditures made by Hennepin County in the settlement of this action, specifically, vouchers redeemed by class members, class representative awards, advertising costs, and class counsel attorney fees and costs.

7. Accordingly, Hennepin County is awarded judgment against Quadrant Systems, LLC in the amount of $58,747.26.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 18, 2016            s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   United States District Judge